United States District Court
Southern District of Texas
**ENTERED**
April 04, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIO TREVINO TUNCHEZ, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:16-cv-00131 |
| | § | (Criminal Action 1:98-cr-158-2) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 9). The R&R recommends dismissing Tunchez's "Motion to Vacate, Correct Illegal Sentence Under 18:2255(B),(F)(3)" (Docket No. 1). No Objections have been filed. After a de novo review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Tunchez's "Motion to Vacate, Correct Illegal Sentence Under 18:2255(B),(F)(3)" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue. The Clerk is **ORDERED** to close this case.

Signed on this _____4ᵗʰ_____ day of _____April_____, 2017.

_____
Rolando Olvera
United States District Judge